# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

Eastern Division



JEREMY ANDREW THOMPSON

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

TRUSTMARK NATIONAL BANK

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 2:23cv200-HSO-BWR
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ✓ No

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JEREMY ANDREW THOMPSON |
| Street Address | 105 Sandra Ln |
| City and County | Hattiesburg, Lamar |
| State and Zip Code | Mississippi, 39402 |
| Telephone Number | 601-673-8388 |
| E-mail Address | jthompson00100@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | TRUSTMARK NATIONAL BANK |
| Job or Title *(if known)* | |
| Street Address | 248 East Capitol Street |
| City and County | Jackson, Hinds |
| State and Zip Code | Mississippi, 39208 |
| Telephone Number | 601-208-5088 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) JEREMY ANDREW THOMPSON , is a citizen of the State of (name) MISSISSIPPI .

2. If the plaintiff is a corporation
   The plaintiff, (name) _____ , is incorporated under the laws of the State of (name) _____ ,
   and has its principal place of business in the State of (name) _____ .

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) _____ , is a citizen of the State of (name) _____ . Or is a citizen of (foreign nation) _____ .

2. If the defendant is a corporation
   The defendant, (name) TRUSTMARK NATIONAL BANK , is incorporated under the laws of the State of (name) MISSISSIPPI , and has its principal place of business in the State of (name) MISSISSIPPI .
   Or is incorporated under the laws of (foreign nation) _____ ,
   and has its principal place of business in (name) _____ .

   (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

> The total amount of credits due is in excess of $150,000. Based on the value of the security application provided and the value of other securities that TRUSTMARK NATIONAL BANK holds on behalf of the Principal.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* JEREMY ANDREW THOMPSON , and the defendant, *(name)* TRUSTMARK NATIONAL BANK , made an agreement or contract on *(date)* 08/25/2023 . The agreement or contract was *(oral or written)* Written . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

1. Provide credits due to consumer for credit application #902146 created at 104 Mayfair Rd, Hattiesburg, MS 39402
2. Follow instructions contained within 3 letters sent to Chief Financial Officer of TRUSTMARK NATIONAL BANK .
Additional information, see attached.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

9. Defendant refused to provide consumer credits to plaintiff.
10. Defendant denied the application submitted was the security needed to obtain credit.
11. Defendant had fiduciary obligation to follow instructions.
12. Defendant's agent ignored instructions.
Additional information, see attached.

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

15. Provide all titles, rights, interest, and equity owed to plaintiff and its agent's accounts, wherefore together with such other and further relief as the court may deem reasonable and just under the circumstances.
16Defendant guarantees honor of any request for any account belonging to Plaintiff and its agent's in perpetuity
17.Court is ordered to provide declaratory judgment on consumer's right to credit.
18.As of now TRUSTMARK NATIONAL BANK has denied any credits due.
19. Defendant has been investigated by the Office of the Comptroller of Currency, case #CS0302189.

III. STATEMENT OF CLAIM

**Parties were required to:**

3. Follow instructions in letter titled, "CLAIM OF CREDITS AND DEMAND FOR CONSUMER CREDIT TRANSACTION APPROVAL"
4. Follow instructions in letter titled "OPPORTUNITY TO CURE"
5. Follow instructions in letter titled "NOTICE OF DEFAULT"

6. Acknowledge the letters were provided as tender to the application.
7. Provide proper consideration to Principal account.
8. Notify Defendant they were in Default of Contract.

**Defendant failed to comply because:**

13. Defendant denied three out of three letters of instructions.
14. Defendant failed to provide proper consideration to Plaintiff.
15. Defendant answered instructions with denial of duty.
16. Defendant refuses to allow agent to operate on behalf of Principal.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/19/23

Signature of Plaintiff: By [signature]
Printed Name of Plaintiff: FOR: JEREMY ANDREW THOMPSON

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____