**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JEREMY ANDREW THOMPSON** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | Civil No. 2:23-cv-200-HSO-BWR |
| | § | |
| **TRUSTMARK NATIONAL BANK** | § | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Order of Dismissal Without Prejudice for Lack of Subject-Matter Jurisdiction entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 29th day of January, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE